**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————

**No. 98-6354**

—————

LYNWOOD HERBERT JARELS,

Plaintiff - Appellant,

versus

GEORGE M. MCMILLAN, Sheriff of Roanoke City
Jail; U. S. MARSHAL,

Defendants - Appellees.

—————

Appeal from the United States District Court for the Western District of Virginia, at Roanoke. Jackson L. Kiser, Senior District Judge. (CA-98-87-R)

—————

Submitted: July 14, 1998          Decided: July 29, 1998

—————

Before WILKINS and LUTTIG, Circuit Judges, and HALL, Senior Circuit Judge.

—————

Dismissed by unpublished per curiam opinion.

—————

Lynwood Herbert Jarels, Appellant Pro Se.

—————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Lynwood Herbert Jarels appeals the district court's order dismissing his 42 U.S.C.A. § 1983 (West 1994 & Supp. 1998) and <u>Bivens v. Six Unknown Agents of Fed. Bureau of Narcotics</u>, 403 U.S. 388 (1971) complaint without prejudice. A dismissal without prejudice is not reviewable by the court unless the reasons stated for the dismissal clearly disclose that no amendment to the complaint could cure its defects. <u>See</u> <u>Domino Sugar Corp. v. Sugar Workers Local Union 392</u>, 10 F.3d 1064, 1066-67 (4th Cir. 1993). In the present case, the district court properly found that Jarels failed to allege all of the elements necessary to support his claim of deliberate indifference to a serious medical need. Because Jarels could possibly cure these defects by amending his complaint, we dismiss this appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>